JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DAVID KOKLICH, <br>            Petitioner, <br>     v. <br> DEAN BORDERS, <br>            Respondent. | Case No. LA CV 16-4673 SVW (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: November 22, 2016

                                              HON. STEPHEN V. WILSON
                                       UNITED STATES DISTRICT JUDGE